UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KENTE BARKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:10-cv-211-WTL-TAB |
| | ) |
| TOWN OF SPEEDWAY, et al., | ) |
| | ) |
| Defendants. | ) |

**Entry Discussing Motion for Substitution**

The plaintiff's motion for substitution (dkt 12) is **denied as unnecessary**. The reasons for this ruling are the following:

1. The Town of Speedway is a municipality and is thus a "person" subject to suit under 42 U.S.C. § 1983. *Monell v. Dep't of Social Servs.,* 436 U.S. 658 (1978).

2. The Town of Speedway is the employer of certain of the defendant individuals and is among the defendants in this action.

3. A claim against the defendant individuals who are or have been employed by the Town of Speedway would be in all respects other than name against the Town of Speedway. *Kentucky v. Graham,* 473 U.S. 159, 165-66 (1985). Because the Town of Speedway is already a defendant in this action, no official capacity claim exists, and any other such claim which might be thought to exist is **dismissed as superfluous**.

4. Consistent with the foregoing, defendant Alan Jones is not sued in his official capacity, the substitute provisions of Rule 25(d)(1) of the *Federal Rules of Civil Procedure* are not implicated and the plaintiff's motion for substitution under Rule 25(d)(1) (dkt 12) is **denied.**

**IT IS SO ORDERED.**

Date: 04/09/2010

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Charles C. Hoppe Jr.
KNIGHT HOPPE FANNING & KNIGHT. LTD.
choppe@khkklaw.com

Elizabeth A. Knight
KNIGHT HOPPE KURNIK & KNIGHT LTD
eknight@khkklaw.com

Kente Barker
DOC #965049-1A-3C
Correctional Industrial Facility
Inmate Mail/Parcels
P.O. Box 601
Pendleton, IN 46064